IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
FILED
March 20, 2006
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| TIMOTHY SHAUN JOHNSON | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | NO. 3-05-CV-2526-R |
| | § | |
| DAN JOSLIN, Warden | § | |
| FCI-Seagoville | § | |
| | § | |
| Respondent. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1) (filed February 7, 2006), and the Objections to Findings and Recommendation (filed February 16, 2006), the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby accepted as the Findings of the Court.

It is ORDERED, ADJUDGED and DECREED that:

1.  Defendants Motion for Relief from Judgment is treated as a second motion to correct, vacate, or set aside sentence and DISMISSED without prejudice pending review by a three-judge panel of the court of appeals.

2.  The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to Petitioner.

SO ORDERED this 20th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE